IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TARANI-ALIKE JOHNSON** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 23-4179 |
| | : | |
| **MARTHA VON ROSENTIEL,** | : | |
| **MARTHA E VON ROSENTIEL,** | : | |
| **SHELLEY ROBIN-NEW, ANNETTE M.** | : | |
| **RIZZO, JOSHUA H ROBERTS, ANNE** | : | |
| **MARIE B COYLE, IDEE FOX,** | : | |
| **LISETTE SHIRDAN-HARRIS, ADREA** | : | |
| **TUOMINEN, ADMINISTRATIVE** | : | |
| **OFFICE OF THE PENNSYLVANIA** | : | |
| **COURT FIRST JUDICIAL DISTRICT** | : | |
| **(FJD) OF PENNSYLVANIA COURT OF** | : | |
| **COMMON PLEAS OF** | : | |
| **PHILADELPHIA COUNTY,** | : | |
| **ROCHELLE BILAL, OFFICE OF THE** | : | |
| **PHILADELPHIA SHERIFF,** | : | |
| **MICHELLE A. HENRY,** | : | |
| **PENNSYLVANIA OFFICE OF** | : | |
| **ATTORNEY GENERAL, JOSH** | : | |
| **SHAPIRO, OFFICE OF THE** | : | |
| **PENNSYLVANIA GOVERNOR,** | : | |
| **STATE OF PENNSYLVANIA, MARCIA** | : | |
| **L. FUDGE, U.S. DEPARTMENT OF** | : | |
| **HOUSING AND URBAN** | : | |
| **DEVELOPMENT** | : | |

# ORDER

AND NOW, this 29th day of December 2023, upon screening the Plaintiff's pro se Complaint (ECF No. 2) consistent with Congress' mandate in section 1915 after granting Plaintiff leave to proceed without paying filing fees (ECF No. 5), and finding Plaintiff does not and cannot state a timely claim against the named non-immune persons within our limited subject matter jurisdiction, it is **ORDERED:**

1. We **DISMISS** the Complaint (ECF No. 2):

    a. **With prejudice** as to Plaintiff's claims under federal law including under federal criminal law, section 1983, the Truth in Lending Act, Fair Debt Collection Practices Act, and the Racketeering Influenced and Corrupt Organizations Act as her claims arise from conduct known and challenged in other courts long before the statutes of limitations expired to bring claims here, are brought against immune persons and state agencies, seeks criminal relief for which she lacks standing, and otherwise does not plead the involvement of these named persons in conduct violating federal law since 2019;

    b. **Without prejudice** to Plaintiff's state law claims as we decline to exercise supplemental jurisdiction; and,

2. The Clerk of Court shall **close** this case.

_____
**KEARNEY, J.**